PHILLIP A. TALBERT
United States Attorney
TIMOTHY H. DELGADO
KATHERINE T. LYDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO RUBIO-ALVARADO,<br>OMAR RUBIO-ALVARADO,<br>SEBASTIAN RUBIO-ABOYTE, and<br>FORTINO CHAVARIN-PARRA,<br><br>Defendants. | 2:17-CR-00139-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: October 26, 2017<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

Plaintiff United States of America, through its undersigned counsel, and Defendants Guillermo Rubio-Alvarado, Omar Rubio-Alvarado, Sebastian Rubio-Aboyte, and Fortino Chavarin-Parra, through their respective counsel of record, stipulate that the status conference currently set for October 26, 2017, be continued to December 7, 2017, at 10:00 a.m.

On August 17, 2017, all four Defendants were arraigned on the three-count Indictment. (ECF No. 20.) Since that time, the United States has produced to each defense counsel all discovery relevant to this case. This includes approximately 115 pages of written materials (i.e., the U.S. Forest Service's official report of investigation), as well as a disk containing numerous photos and videos of the incident site. Defense counsel require additional time to review these materials, to confer with their clients, to conduct further research and investigation about the charged offenses, and to otherwise prepare for trial.

      Based on the foregoing, the parties stipulate that the status conference currently set for October 26, 2017, be continued to December 7, 2017, at 10:00 a.m.  The parties further agree that time under the Speedy Trial Act should be excluded from the date this order issues to and including December 7, 2017, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

      Counsel and the Defendants also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the Defendants in a speedy trial.

                                                Respectfully submitted,

Dated:  October 24, 2017                    */s/ Timothy H. Delgado*
                                                   TIMOTHY H. DELGADO
                                                   KATHERINE T. LYDON
                                                   Assistant United States Attorneys
                                                   Attorney for Plaintiff United States

Dated:  October 24, 2017                    */s/ THD for Kelly Babineau*
                                                   KELLY BABINEAU
                                                   Attorney for Defendant Guillermo Rubio-Alvarado

Dated:  October 24, 2017                    */s/ THD for Michael E. Hanson*
                                                   MICHAEL E. HANSEN
                                                   Attorney for Defendant Omar Rubio-Alvarado

Dated:  October 24, 2017                    */s/ THD for Mia T. Crager*
                                                   MIA T. CRAGER
                                                   Assistant Federal Defender
                                                   Attorney for Defendant Sebastian Rubio-Aboyte

Dated:  October 24, 2017                    */s/ THD for Vitaly B. Sigal*
                                                   VITALY B. SIGAL
                                                   Attorney for Defendant Fortino Chavarin-Parra

# ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.  It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the Defendants in a speedy trial.

Time from the date the parties stipulated, to and including December 7, 2017, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4).  It is further ordered that the October 26, 2017 status conference shall be continued until December 7, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  October 24, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE