McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
KATHERINE T. LYDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO RUBIO-ALVARADO,<br>OMAR RUBIO-ALVARADO,<br>SEBASTIAN RUBIO-ABOYTE, and<br>FORTINO CHAVARIN-PARRA,<br><br>Defendants. | 2:17-CR-00139-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:  March 29, 2018<br>Time:  10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

Plaintiff United States of America, through its undersigned counsel, and Defendants Guillermo Rubio-Alvarado, Omar Rubio-Alvarado, Sebastian Rubio-Aboyte, and Fortino Chavarin-Parra, through their respective counsel of record, stipulate that the status conference currently set for March 29, 2018, be continued to April 26, 2018, at 10:00 a.m.

On August 17, 2017, all four Defendants were arraigned on the three-count Indictment. (ECF No. 20.) Since that time, the United States has produced to each defense counsel all discovery relevant to this case. This includes approximately 143 pages of written materials (i.e., the U.S. Forest Service's official report of investigation), as well as a disk containing numerous photos and videos of the incident site. In addition, the government recently produced an environmental impact report that relates to the charges. Defense counsel require additional time to review these materials, to confer with their clients, to conduct

further research and investigation about the charged offenses, and to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for March 29, 2018, be continued to April 26, 2018, at 10:00 a.m.  The parties further agree that time under the Speedy Trial Act should be excluded from the date this order issues to and including April 26, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

Counsel and the Defendants also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the Defendants in a speedy trial.

Respectfully submitted,

Dated:  March 27, 2018
       /s/ Timothy H. Delgado
TIMOTHY H. DELGADO
KATHERINE T. LYDON
Assistant United States Attorneys
Attorneys for Plaintiff United States

Dated:  March 27, 2018
       /s/ THD for Kelly Babineau
KELLY BABINEAU
Attorney for Defendant Guillermo Rubio-Alvarado

Dated:  March 27, 2018
       /s/ THD for Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant Omar Rubio-Alvarado

Dated:  March 27, 2018
       /s/ THD for Mia T. Crager
MIA T. CRAGER
Assistant Federal Defender
Attorney for Defendant Sebastian Rubio-Aboyte

Dated:  March 27, 2018
       /s/ THD for Vitaly B. Sigal
VITALY B. SIGAL
Attorney for Defendant Fortino Chavarin-Parra

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the Defendants in a speedy trial.

Time from the date the parties stipulated, to and including April 26, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4). It is further ordered that the March 29, 2018 status conference shall be continued until April 26, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE