Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
FORTINO CHAVARIN-PARRA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>FORTINO CHAVARIN-PARRA,<br><br>            Defendant. | Case No.: 2:17-CR-00139 MCE<br><br>**ORDER** |

Pursuant to Local Rule 140(a) and 141(b) and based upon the representation contained in the defendant's Request to Seal, IT IS HEREBY ORDERED that the defendant's "Exh. A, Chavarin-Parra Medical Records," in support of defendant Fortino Chavarin Parra's Motion for Compassionate Release at docket 85 shall be SEALED until further order of this Court, because the document contains private medical information.

It is further ordered that access to the sealed documents shall be limited to the counsel for the Defendant and the U.S. Attorney's Office.

///

///

///

///

1    The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S.
2 District Court for the District of Oregon*, 920 F .2d 1462 (9th Cir. 1990). The Court finds that,
3 for the reasons stated in the defendant's request, sealing the Defendant's documents serves a
4 compelling interest.
5    IT IS SO ORDERED.
6 Dated:  August 13, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE