MCGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>FORTINO CHAVARIN-PARRA,<br><br>                Defendant. | CASE NO. 2:17-CR-00139-MCE<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

       Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the Government's Exhibit 2 to Government's Opposition to Defendant's Motion for Compassionate Release pertaining to defendant Fortino Chavarin-Portino, and the Government's Request to Seal shall be SEALED until further order of this Court.

       It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant.

       The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's Request, sealing the Governments's Request and Exhibit 2 serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the

1  government would be harmed.  In light of the public filing of its Notice to Seal, the Court further finds
2  that there are no additional alternatives to sealing the Government's Request and Exhibit 2 that would
3  adequately protect the compelling interests identified by the government.
4       IT IS SO ORDERED.
5  Dated: August 25, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE