1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL W. REDDING
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00139-MCE |
12 | Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
13 | v. |
14 | FORTINO CHAVARIN-PARRA, |
15 | Defendant. |

16

17                              **STIPULATION**

18     1.    Defendant Fortino Chavarin-Parra filed a motion for reduction in sentence and

19 compassionate release on August 6, 2020. Docket No. 85. The government's response is due by August

20 19, 2020, and any reply due August 26, 2020. Docket No. 87. Government counsel requests additional

21 time to obtain records and draft the response brief.

22     2.    Counsel for the defendant does not oppose this request.

3. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, Docket No. 85, be due on August 24, 2020; and

    b) The defense reply, if any, will be due on August 31, 2020.

IT IS SO STIPULATED.

                                              McGREGOR W. SCOTT
                                              United States Attorney

Dated: August 19, 2020

                                              */s/ Michael W. Redding*
                                              MICHAEL W. REDDING
                                              Assistant United States Attorney

Dated: August 19, 2020                     /s/ *Etan Zaitsu*
                                              ETAN ZAITSU
                                              Counsel for Defendant

# ORDER

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)     The government's opposition or response to defendant's motion, Docket No. 85, is due on August 24, 2020;

    b)     The defense reply, if any, will be due on August 31, 2020.

IT IS SO ORDERED.

Dated: August 25, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE